CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 1 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **ROBERT STEVEN JOYCE,** <br> Plaintiff, <br><br> v. <br><br> **CAPTAIN NELSON, et al.,** <br> Defendants. | Civil Action No. 7:07cv00339 <br><br> **FINAL ORDER** <br><br> By: Samuel G. Wilson <br> United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED** and **ADJUDGED**

that

1) Joyce's motion to amend his complaint to particularize the facts of his complaint is **GRANTED**. Accordingly, Joyce's complaint shall be considered as amended;

2) Joyce's claims against defendants Nelson and Taylor shall be and hereby are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1);

3) Joyce's claim of denial of adequate medical care is **DISMISSED** without prejudice;

4) The Clerk is directed to **TERMINATE** defendants Nelson and Taylor as defendants to this action;

5) Accordingly, only Joyce's excessive force and free speech claims against defendant Sgt. Deatherage will go forward by separate order of the court.

The Clerk is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 1st day of August, 2007.

_____
United States District Judge